UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP - 2 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § § | **INDICTMENT** |
| VS. | § § § | **Ct. 1**: 18 U.S.C. § 922(g)(5) Alien in Possession of a Firearm |
| VICTOR ALBERTO MUZQUIZ-SALUM, | § § | |
| Defendant. | § § | |

SA20CR0401 JKP

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 922(g)(5)]**

On or about June 9, 2020, in the Western District of Texas, Defendant,

**VICTOR ALBERTO MUZQUIZ-SALUM,**

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed firearms, to wit: a Century Arms Inc. 7.62 x 39 mm caliber rifle, model M70ABM, serial number NCE1-001027 and a Smith & Wesson .40 caliber pistol, model SD40VE, serial number FXL0004 and said firearms had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* Fed. R. Crim. P. 32.2]

**I.**
**Firearms Violation and Forfeiture Statutes**
[Title 18 U.S.C. § 922(g)(5) and (a)(6), subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461]

As a result of the criminal violation set forth in Counts One and Three, the United States of America gives notice to Defendant **VICTOR ALBERTO MUZQUIZ-SALUM**, of its intent

to seek the forfeiture of any properties identified upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

### Title 18 U.S.C. § 924. Penalties

**(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (a)(6) . . . (g) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties:

1. Century Arms Inc. 7.62 x 39 mm caliber rifle, model M70ABM, serial number NCE1-001027;
2. Smith & Wesson .40 caliber pistol, model SD40VE, serial number FXL0004; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
MATTHEW W. KINSKEY
Assistant United States Attorney

2